IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| DOUGLAS ASHBY, et al., | ) | |
|---|---|---|
| Plaintiffs, | ) | |
| vs. | ) | Case No. 21-3044-CV-S-WBG |
| WYNDHAM VACATION RESORTS, INC., et al., | ) | |
| Defendants. | ) | |

ORDER TO SHOW CAUSE

On February 19, 2021, Plaintiffs Douglas Ashby and Suzanne Ashby filed a complaint against Defendants Wyndham Vacation Resorts, Inc., Alliance Data Systems Corporation, and Comenity Capital Bank. Doc. 1. Defendants have not been served, and the time for doing so has passed. Fed. R. Civ. P. 4(m). Accordingly, Plaintiffs are ordered, within fourteen days of this Order, to show cause why Plaintiffs' claims against Defendants should not be dismissed for failure to effect service. Failure to respond to this Order may result in dismissal of Plaintiffs' claims against Defendants without further notice.

IT IS SO ORDERED.

DATE: May 26, 2021          /s/ W. Brian Gaddy
                             W. BRIAN GADDY
                             UNITED STATES MAGISTRATE JUDGE