# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# SPRINGFIELD DIVISION

| | |
|---|---|
| DOUGLAS AND SUZANNE ASHBY, individually and on behalf of all others similarly situated,<br><br>                           Plaintiffs,<br><br>   v.<br><br>WYNDHAM VACATION RESORTS INC., COMENITY CAPITAL BANK, ALLIANCE DATA SYSTEMS CORP.,<br><br>                           Defendants. | **NOTICE OF VOLUNTARY DISMISSAL**<br><br>Case No. 6:21-cv-03044-WBG |

      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiffs Douglas and Suzanne Ashby hereby voluntarily dismiss the above-captioned action with prejudice. Each party shall bear its own attorneys' fees and costs.

Dated June 2, 2021

                                      Respectfully Submitted,

**STRONG, GARNER, BAUER, P.C.**

*/s/ Jacob Lewis*
Steve Garner – MO Bar #35899
Jacob Lewis – MO Bar #67412
415 E. Chestnut Expressway
Springfield, MO 65802
Phone 417-887-4300
Fax 417-887-4385
sgarner@stronglaw.com
jlewis@stronglaw.com

**KELLER ROHRBACK L.L.P.**
Gretchen Freeman Cappio
Gabriel E. Verdugo
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
gcappio@kellerrohrback.com
gverdugo@kellerrohrback.com

Alison E. Chase
Matthew J. Preusch
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Telephone: (805) 456-1496
Facsimile: (805) 456-1497
achase@kellerrohrback.com
mpreusch@kellerrohrback.com
***Attorneys for Plaintiffs***

## CERTIFICATE OF SERVICE

    I, Jacob Lewis, hereby certify that on this 2nd day of June, 2021, I electronically filed Plaintiffs' Notice of Voluntary Dismissal with the Clerk of the United States District Court for the Western District of Missouri using the CM/ECF system, which shall send electronic notification to all counsel of record.

                              *s/ Jacob Lewis*
                              Jacob Lewis