UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SPRINGFIELD DIVISION

| | |
|---|---|
| DOUGLAS AND SUZANNE ASHBY, individually and on behalf of all others similarly situated,<br><br>         Plaintiffs,<br><br> v.<br><br>WYNDHAM VACATION RESORTS INC., COMENITY CAPITAL BANK, ALLIANCE DATA SYSTEMS CORP.,<br><br>         Defendants. | Case No. 6:21-cv-03044-WBG |

## **WITHDRAWAL**

Plaintiffs move this Court to withdraw a document, namely *Voluntary Dismissal,* (Doc. #4) as said document was previously filed under the wrong event. Counsel will file the *Voluntary Dismissal* under the correct event with the Court.

Dated June 2, 2021               Respectfully Submitted,

                        **STRONG, GARNER, BAUER, P.C.**

                        */s/ Jacob Lewis*
                        Steve Garner – MO Bar #35899
                        Jacob Lewis – MO Bar #67412
                        415 E. Chestnut Expressway
                        Springfield, MO 65802
                        Phone 417-887-4300
                        Fax 417-887-4385
                        sgarner@stronglaw.com
                        jlewis@stronglaw.com


                        **KELLER ROHRBACK L.L.P.**
                        Gretchen Freeman Cappio
                        Gabriel E. Verdugo
                        1201 Third Avenue, Suite 3200
                        Seattle, WA 98101
                        Telephone: (206) 623-1900
                        Facsimile: (206) 623-3384
                        gcappio@kellerrohrback.com
                        gverdugo@kellerrohrback.com

                        Alison E. Chase
                        Matthew J. Preusch
                        801 Garden Street, Suite 301
                        Santa Barbara, CA 93101
                        Telephone: (805) 456-1496
                        Facsimile: (805) 456-1497
                        achase@kellerrohrback.com
                        mpreusch@kellerrohrback.com
                        ***Attorneys for Plaintiffs***

## CERTIFICATE OF SERVICE

    I, Jacob Lewis, hereby certify that on this 2nd day of June, 2021, I electronically filed Plaintiffs' Notice of Voluntary Dismissal with the Clerk of the United States District Court for the Western District of Missouri using the CM/ECF system, which shall send electronic notification to all counsel of record.

                                            *s/ Jacob Lewis*
                                            Jacob Lewis