IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| DOUGLAS ASHBY, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Case No. 21-3044-CV-S-WBG |
| | ) |
| WYNDHAM VACATION RESORTS, INC., et al., | ) |
| | ) |
| Defendants. | ) |

ORDER OF DISMISSAL

On June 2, 2021, Plaintiffs Douglas Ashby and Suzanne Ashby filed a Notice of Voluntary Dismissal (Doc. 4), Motion to Withdraw (Doc. 5), and Notice of Voluntary Dismissal (Doc. 6). Plaintiffs move to withdraw their initial Notice of Voluntary Dismissal because it was incorrectly filed. The Court GRANTS Plaintiffs' Motion to Withdraw (Doc. 5), and Plaintiffs' initial Notice of Voluntary Dismissal (Doc. 4) is WITHDRAWN.

Plaintiffs' later filed Notice of Voluntary Dismissal (Doc. 6) indicates they are voluntarily dismissing this matter with prejudice. Doc. 6. Plaintiffs' Notice is filed before Defendants have been served. Accordingly, pursuant to Plaintiffs' Notice and Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs' claims against Defendant Wyndham Vacation Resorts Inc., Comenity Capital Bank, and Alliance Data Systems Corporation are DISMISSED WITH PREJUDICE. Each party shall bear his, her, or its own attorneys' fees and costs.

IT IS SO ORDERED.

DATE: June 3, 2021           /s/ W. Brian Gaddy
                             W. BRIAN GADDY
                             UNITED STATES MAGISTRATE JUDGE